RECEIVED
JUN 1 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Duplechain | Civil Action No. 15-02433 |
| versus | Judge Rebecca F. Doherty |
| Neustrom, et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, *R. 83*, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss And Motion To Strike [Rec. Doc. 63] is **GRANTED IN PART and DENIED IN PART**, in that:

1) the Motion To Strike Paragraphs 101 through and including 127, and 131 through and including 162 is **DENIED**;

2) the Motion To Dismiss is **GRANTED** with regard to any claims asserted in the Amended Complaint against defendants Girrens or Daigle and those claims are dismissed without prejudice;

3) the Motion To Dismiss Plaintiff's punitive damages claims is **GRANTED** with regard to Plaintiff's official-capacity claims against Neustrom and Reardon and those claims are dismissed with prejudice;

4) the Motion To Dismiss is **GRANTED** with regard to the official-capacity claims against Reardon and those claims are dismissed without prejudice;

5) the Motion To Dismiss the individual-capacity claims against Reardon is **DENIED AS MOOT** and those claims are dismissed without prejudice;

6) the Motion To Dismiss the individual-capacity claims against Neustrom is **GRANTED** and those claims are dismissed without prejudice; and

7) the Motion To Dismiss is **DENIED** in all other respects.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this _15_ day of _June_, 2017.

Rebecca F. Doherty
United States District Judge