UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STEVEN DUPLECHAIN, III | CIVIL ACTION NO. 15-2433 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| MICHAEL NEUSTROM, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the plaintiff's remaining claims in this matter are DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 24th day of March, 2022.

UNITED STATES DISTRICT JUDGE